AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES GERALD GARZA,

           Plaintiff,

           v.

SHERIFF LARRY TAYLOR, BENTON COUNTY JAIL, CPT. DANIELS, SHERIFF KEANE, DR. COOPER, RN BESSIE, BENTON COUNTY HEALTH DEPARTMENT and ARNP SUSAN POWERS BRAN,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5010-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the First Amended Complaint, ECF No. 20, is DISMISSED under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but without prejudice to seeking appropriate remedies in the Washington State courts.

May 18, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia